BERNINA INTERNATIONAL AG, Appellant

v.

HANDI QUILTER, INC., Tacony Corporation, Appellees.

No. 2015–1229.

United States Court of Appeals, Federal Circuit.

June 5, 2015.

Anthony S. Volpe, Volpe and Koenig, P.C., Philadelphia, PA, argued for appellant. Also represented by Ryan W. O'Donnell, Max S. Morgan.

Robert Parrish Freeman, Jr., Maschoff Brennan P.L.L.C., Park City, UT, argued for appellees. Also represented by Mark W. Ford.

MOORE, WALLACH, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**